**COOPER & MORA**
Beth W. Mora, Esq. (SBN 208859)
    Email: bmora@cooperlawoffice.com
Kay E. Tuazon, Esq. (SBN 248896)
    Email: ktuazon@cooperlawoffice.com
18 Crow Canyon Court, Suite 145
San Ramon, CA 94583
Telephone:    (925) 820-8949
Facsimile:    (925) 820-0278

Attorneys for Plaintiff
LATOSHA JEFFERSON

**MCGUIREWOODS LLP**
Matthew C. Kane, Esq. (SBN 171829)
    Email: mkane@mcguirewoods.com
Sara E. Willey, Esq. (SBN 249701)
    Email: swilley@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:    (310) 315-8200
Facsimile:    (310) 315-8210

**MCGUIREWOODS LLP**
Curtis L. Mack (PHV/Ga. Bar No. 463636)
    Email: cmack@mcguirewoods.com
Halima Horton (PHV/Ga. Bar No. 367888)
    Email: hhorton@mcguirewoods.com
1170 Peachtree St. N.E., Suite 2100
Atlanta, Georgia, 30309
Telephone:    (404) 433-5500
Facsimile:    (404) 443-5599

Attorneys for Defendants
KELLOGG USA, INC. and TIM RODRIQUEZ
and proposed substituted Defendant KELLOGG SALES COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LATOSHA JEFFERSON,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KELLOGG USA, INC., a Michigan Corporation; KEEBLER, a Michigan Corporation; JIM HESS, an individual; TIM RODRIQUEZ, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 3:08-cv-04132-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL AND SUBSTITUTION OF NAMED DEFENDANTS** |

### RECITALS

WHEREAS Plaintiff Latosha Jefferson filed a First Amended Complaint ("FAC") on August 1, 2008 in Alameda County Superior Court against Defendants Kellogg USA, Inc., a Michigan corporation ("Kellogg USA"), Keebler, a Michigan corporation ("Keebler"), Jim Hess, an individual ("Hess"), and Tim Rodriquez, an individual ("Rodriquez") (collectively the "Named Defendants");

WHEREAS only Defendants Kellogg USA and Rodriquez have been served in this action, which they removed to this Court on August 29, 2008 (Doc. #1);

WHEREAS Defendants Kellogg USA and Rodriquez filed a Motion to Dismiss Plaintiff's Sixth, Seventh, and Eighth Causes of Action in the FAC pursuant to Fed. Rules Civ. P. 12(b)(6) and to Strike Plaintiff's Punitive Damages Claims pursuant to Fed. Rules Civ. P. 12(f) (the "Pending Motion") on September 9, 2008 (Doc. #8), which is set for hearing on November 14, 2008; and

WHEREAS all of the Named Defendants have been misjoined as parties in this action and the parties are stipulating herein to the dismissal of the Named Defendants without prejudice and to the substitution of Kellogg Sales Company, a Delaware corporation with its principal place of business in Michigan ("KSC"), as the sole Defendant in this action which, without admitting any liability to Plaintiff or limiting its defenses thereto in any way, KSC does not dispute was Plaintiff's employer at all times relevant to this action and, therefore, would be properly joined as a party to this action;

### STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective undersigned counsel that:

1. All references and allegations in the FAC identifying or referring to Defendant Kellogg USA shall be amended to read, mean, and refer to "Kellogg Sales Company, A Delaware corporation with its principal place of business in Michigan". Upon entry of the Court's Order approving this Stipulation, counsel for

1. Kellogg USA will be deemed to have accepted service of the FAC as so amended on behalf of Defendant KSC, the removal of this action to this Court will be deemed to have been effectuated by Defendant KSC, and the pending Motion will be deemed to have been filed and brought solely by and on behalf of Defendant KSC;

2. Defendants Kellogg USA and Keebler shall be dismissed without prejudice, and the parties shall each bear their own respective attorneys fees and costs associated with such dismissal;

3. Defendants Rodriquez and Hess shall be dismissed without prejudice and the parties shall each bear their own respective costs associated with such dismissal. Defendant KSC shall make them available for depositions and trial to the extent they are employed by Defendant KSC, including accepting service of deposition notices on their behalf and refraining from objecting to such notices on the basis that they are not parties to this action. All other objections by Defendant KSC, however, are expressly and fully reserved;

4. The grounds for removing this action to this Court have not been contested by Plaintiff and thus, Plaintiff waives any objections or challenges to the Court's jurisdiction to hear and decide this action, but in doing so Plaintiff does not waive any related argument or opposition which might be relevant to the grounds for the Pending Motion; and

///
///
///
///
///
///
///
///

5. The Pending Motion will remain on calendar for hearing on November 14, 2008, and be deemed to be filed and brought solely by and on behalf of Defendant KSC against the FAC as amended by this Stipulation and Order.

DATED: October 22, 2008      **COOPER & MORA**

By:    /s/ Beth W. Mora, Esq.
        Beth W. Mora, Esq.
        Kay E. Tuazon, Esq.

Attorneys for Plaintiff LATOSHA JEFFERSON

DATED: October 22, 2008      **MCGUIREWOODS LLP**

By:    /s/ Matthew C. Kane, Esq.
        Matthew C. Kane, Esq.
        Curtis L. Mack, Esq.
        Halima Horton, Esq.
        Sara E. Willey, Esq.

Attorneys for Defendants
KELLOGG USA, INC. and TIM RODRIQUEZ
and proposed substituted Defendant
KELLOGG SALES COMPANY

# [PROPOSED] ORDER

Having reviewed and considered the foregoing Stipulation of the parties, and good cause appearing for the same, IT IS HEREBY ORDERED as follows:

1. All references and allegations in the FAC (as defined in the Stipulation) identifying or referring to Defendant Kellogg USA (as defined in the Stipulation) shall be and hereby are amended to read, mean, and refer to "Kellogg Sales Company, A Delaware corporation with its principal place of business in Michigan". Upon the entry of this Order, counsel for Kellogg USA shall be and hereby is deemed to have accepted service of the FAC, as so amended, on behalf of Defendant KSC (as defined in the Stipulation), the removal of this action to this Court will be deemed to have been effectuated by Defendant KSC, and the Pending Motion (as defined in the Stipulation) will be deemed to have been filed and brought solely by and on behalf of Defendant KSC;

2. Defendants Kellogg USA and Keebler (as defined in the Stipulation) shall be and hereby are dismissed without prejudice, and the parties shall each bear their own respective attorneys fees and costs associated with such dismissal;

3. Defendants Rodriquez and Hess (as defined in the Stipulation) shall be and hereby are dismissed without prejudice and the parties shall each bear their own respective fees and costs associated with such dismissal. Defendant KSC shall make them available for depositions and trial to the extent they are employed by Defendant KSC, including accepting service of deposition notices on their behalf and refraining from objecting to such notices on the basis that they are not parties to this action. All other objections by Defendant KSC, however, shall be and hereby are expressly and fully reserved;

4.  The grounds for removing this action to this Court are correct, Plaintiff has waived any objections or challenges to the Court's jurisdiction to hear and decide this action, and the Court has jurisdiction to hear and decide this action, but Plaintiff has not waived any related argument or opposition which might be relevant to the grounds for the Pending Motion; and

5.  The Pending Motion shall remain on calendar for hearing by the Court on November 14, 2008, and shall be and hereby is deemed to be filed and brought solely by and on behalf of Defendant KSC against the FAC as amended by this Stipulation and Order.

IT IS SO ORDERED.

Dated: _____        _____
                                HON. SUSAN Y. ILLSTON
                                UNITED STATES DISTRICT JUDGE