IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOSHA JEFFERSON,<br><br>        Plaintiff,<br><br>  v.<br><br>KELLOGG USA, INC., ET AL.,<br><br>        Defendant.<br>                                / | No. C 08-04132 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 20, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 1, 2009.

DESIGNATION OF EXPERTS: 9/21/09; REBUTTAL: 9/30/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 16, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by July 24, 2009;

    Opp. Due August 7, 2009; Reply Due August 14, 2009;

    and set for hearing no later than August 28, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 17, 2009 at 3:30 PM.

JURY TRIAL DATE: November 30, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel will continue to informally discuss settlement. Counsel shall inform the ADR department by the end of January 2009, of the type of procedure they wish to participate in.

An ADR procedure shall be completed by the end of February 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                SUSAN ILLSTON
                                                United States District Judge