Beth W. Mora, CSB No. 208859
COOPER & MORA, A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California 94583
Telephone: (925) 820-8949
Facsimile: (925) 820-0278
E-Mail: bmora@cooperlawoffice.com

Attorneys for Plaintiff


Halima Horton, PHV/GBN. 367888
McGUIRE WOODS, LLP
1170 Peachtree, Street, N.E., Suite 2100
Atlanta, Georgia, 30309
Telephone: (404)433-5500
Facsimile: (404)443-5599
E-Mail: hhorton@mcgguirewoods.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOSHA JEFFERSON,<br><br>        Plaintiff,<br>v.<br><br>KELLOGG USA INC, a Michigan Corporation; KEEBLER, a Michigan Corporation; JIM HESS, an individual; TIM RODRIQUEZ, an individual; and DOES 1 through 50, inclusive,<br><br>        Defendants | Case No.: C 08-04132 SI<br><br>**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**<br><br>DATE: March 20, 2009<br>TIME: 2:00 p.m.<br>CTRM: 10, 19th Floor |

The parties to the above-entitled action jointly submit this Stipulation to Continue the Scheduling order in this matter.

WHEREAS the Case Management Conference is currently scheduled for March 20, 2009 at 2:00 p.m.;

WHEREAS the Court has Ordered the parties to complete Alternative Dispute Resolution ("ADR") by the end of February 2009;

WHEREAS the parties held a telephonic conference with the ADR office on February 3, 2009 wherein

1  the parties agreed to attend Mediation through the Northern District's Mediation Program;

2  WHEREAS on Friday, February 6, 2009, the ADR office filed a statement with the Court advising

3  of the parties agreement and further advising that the parties would need more time than the end of February

4  2009 to complete mediation.

5  WHEREAS the parties are waiting assignment to a Court appointed employment mediator and

6  thereafter will schedule the first mutually agreeable available date for mediation;

7  WHEREAS the parties would like to conclude mediation no later than the end of April 2009;

8  WHEREAS the parties have met and conferred and are both available for a Case Management

9  Conference on Tuesday, May 15 at 2:30 p.m. ~~12, 2009 at 2:00 p.m.~~.;

11  THEREFORE the parties jointly request the Court grant the parties through the end of April 2009 to

12  complete ADR within the Court's mediation process; and,

13  THEREFORE the parties jointly request the current Case Management Conference scheduled for

14  March 20, 2009 at 2:00 p.m be moved forward to May 12, 2009 at 2:00 p.m.

### SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

DATED: February 12, 2009    By:    /s/
                                   BETH W. MORA
                                   COOPER & MORA, A Professional Corporation
                                   Attorneys for Plaintiff

DATED: February 12, 2009    By:    /s/
                                   Halima Horton, PHV/GBN. 367888
                                   McGUIRE WOODS, LLP
                                   Attorneys for Defendants

### ORDER

It is so Ordered.

DATED:_____    By:    _____
                                   UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CMC
CASE NO. C 08-04132 SI                    2