| | |
|---|---|
| 1 | Beth W. Mora, CSB No. 208859 |
| 2 | COOPER & MORA, A Professional Corporation<br>18 Crow Canyon Court, Suite 145 |
| 3 | San Ramon, California 94583<br>Telephone: (925) 820-8949 |
| 4 | Facsimile: (925) 820-0278<br>E-Mail: bmora@cooperlawoffice.com |
| 5 | Attorneys for Plaintiff |

Halima Horton, PHV/GBN. 367888
McGUIRE WOODS, LLP
1170 Peachtree, Street, N.E., Suite 2100
Atlanta, Georgia, 30309
Telephone: (404)433-5500
Facsimile: (404)443-5599
E-Mail: hhorton@mcgguirewoods.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOSHA JEFFERSON,<br><br>　　　　Plaintiff,<br>v.<br><br>KELLOGG USA INC, a Michigan Corporation;<br>KEEBLER, a Michigan Corporation; JIM HESS, an<br>individual; TIM RODRIQUEZ, an individual; and<br>DOES 1 through 50, inclusive,<br><br>　　　　Defendants | Case No.: C 08-04132 SI<br><br>**STIPULATION OF DISMISSAL;<br>[PROPOSED] ORDER** |

WHEREAS, the parties to this action have fully and finally resolved all issues set forth in this case:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all Defendants pursuant to F.R.C.P. 41(a)(1);

IT IS FURTHER STIPULATED by and between the parties through their designated counsel that each

party shall bear their own attorneys' fees and costs of suit.

### SIGNATURE OF COUNSEL

DATED: April 24, 2009      By:      _____/s/_____
                                    BETH W. MORA
                                    COOPER & MORA, A Professional Corporation
                                    Attorneys for Plaintiff


DATED: April 24, 2009      By:      _____/s/_____
                                    Halima Horton, PHV/GBN. 367888
                                    McGUIRE WOODS, LLP
                                    Attorneys for Defendants


### [PROPOSED] ORDER

DISMISSAL WITH PREJUDICE WILL BE PROCESSED.   IT IS SO ORDERED.

DATED: _____      By:      _____/s/ Susan Illston_____
                                    UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL
CASE NO. C 08-04132 SI                      2